## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHANEL FREEMAN : | |
| : | No. 20-cv-3354-JMY |
| vs. : | |
| : | |
| POLICE OFFICER JAMES MCGORRY : | |
| and THE CITY OF PHILADELPHIA : | |

## **ORDER**

AND NOW, this 1st day of August 2022, upon consideration of the Motion for Partial Summary Judgment filed by Police Officer James McGorry (ECF No. 45) and the Motion for Summary Judgment filed by the City of Philadelphia (ECF No. 46), all papers filed in support thereof and in opposition thereto, and for the reasons set forth in the accompanying Memorandum filed by this Court, it is hereby ORDERED and DECREED that Defendants' motions for summary judgment shall be GRANTED and this lawsuit is DISMISSED.

It is further ORDERED that Plaintiff's state law claims against Officer James McGorry will be dismissed without prejudice.

The Clerk of Court is DIRECTED to mark this lawsuit CLOSED.

BY THE COURT:

   /s/ John Milton Younge
Judge John Milton Younge